IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD CALDERONE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 10-1094 |
| | § | |
| UNITED RECOVERY SYSTEMS, LP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case is set for jury selection and trial beginning **January 9, 2012, at 9:00 a.m.** A final pretrial conference will be held on **December 16, 2011, at 3:00 p.m.**

SIGNED on November 9, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge