**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **Leonard Calderone,** | § | |
| | § | |
| | § | **Civil Action No.: 4:10-cv-1094** |
| | § | |
| **V.** | § | |
| | § | |
| **United Recovery Systems, LP,** | § | |
| | § | |

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Plaintiff, Leonard Calderone, and Defendant, United Recovery Systems, LP, file this stipulation of dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

1.      Leonard Calderone is the Plaintiff.  United Recovery Systems, LP is the Defendant.

2.      On or about April 6, 2010, Plaintiff sued Defendant.

3.      Plaintiff moves to dismiss the suit as to all parties.

4.      Defendant, who has answered, agrees to the dismissal.

5.      This case is not a class action, and a receiver has not been appointed.

6.      This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7.      Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8.      This dismissal is with prejudice.

Dated: December 2, 2011

Respectfully submitted,

By:  PLAINTIFF, Leonard Calderone

 _/s/ Diana P. Larson____ _
Diana P. Larson
Texas Bar No. 24007799
The Larson Law Office, PLLC
440 Louisiana, Suite 900
Houston, TX 77002
Telephone: (713) 221-9088
Facsimile: (832) 415-9762
Email:  diana@thelarsonlawoffice.com

Of Counsel To
LEMBERG & ASSOCIATES L.L.C. A
Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666

And

By: DEFENDANT, United Recovery Systems,
LP,

_____
Kandy E. Messenger
State Bar No.: 24053360
Fed. ID. 638777
Sprott Rigby Newsome
Robbins & Lunceford, PC
2211 Norfolk Suite 1150
Houston, Texas 77098
Tel:  (713) 523-8338
Fax: (713) 523-9422
Attorney for Defendant

## <u>CERTIFICATE OF SERVICE</u>

On December 2, 2011, I filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Southern District of Texas, Houston Division via the ECF System. Counsel for Defendant was served also by the ECF System.

Kandy E. Messenger
Sprott Rigby Newsome
Robbins & Lunceford, PC
2211 Norfolk Suite 1150
Houston, Texas 77098

                              __/s/ Diana Larson_____
                                  Diana Larson